JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| WILLIAM E. TYLER, JR., | No. CV 12-06707-VAP (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| UNKNOWN, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing § 2254 Cases in the United States District Courts.

DATED: August 10, 2012

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE